

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00122-CV

**IN RE** Gustavo Jacobo **OBREGON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  April 17, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On February 14, 2013, Relator Gustavo Jacobo Obregon filed a petition for writ of mandamus and motion for emergency relief. On February 15, 2013, this court granted the emergency relief staying: (1) the portion of the February 8, 2013 temporary orders, signed by the Honorable Janet Littlejohn, pertaining to the interim attorneys' fees and production of financial documents from Platinum P.T.S., Inc.; (2) any court proceedings arising out of Cause No. 2013-CI-01140, filed in Bexar County, Texas; and (3) any court proceedings arising out of Cause No. 2013CVG000149D1, filed in Webb County, Texas.

---

[1] This proceeding arises out of Cause No. 2013-CI-01140, styled *In the Matter of the Marriage of Perla Yvette Obregon and Gustavo Jacobo Obregon*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding and Cause No. 2013CVG000149D1, styled *In the Marriage of Gustavo J. Obregon and Perla Yvette Obregon*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.

On April 10, 2013, Relator Obregon filed a motion to dismiss explaining that Real Party in Interest Perla Obregon non-suited the matter at issue, her Bexar County divorce proceeding. The motion to dismiss is granted. The stay imposed on February 15, 2013 is hereby lifted, and the petition for writ of mandamus is dismissed as moot.

PER CURIAM